IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
HORACE WALTON,                  )
Administrator of the Estate     )
of Jennifer Leanne Walton,      )
deceased,                       )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      3:10cv1013-MHT
                                )           (WO)
CHRYSLER GROUP, L.L.C.,         )
a foreign corporation,          )
et al.,                         )
                                )
    Defendants.                 )
```

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion for voluntary dismissal (doc. no. 32) is granted and that defendants Chrysler Group, L.L.C. and Chrysler Group Vans, L.L.C. and the claims against them are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case still remains pending as to the defendant R & J Tire Co., Inc.

    DONE, this the 6th day of October, 2011.


                                      /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE